**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE: CASE NO. 06-50230-PCY5
CHAPTER 13

GINA SMITH

Debtor(s) /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: DBA/SUNBELT CREDIT which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 406882 in the amount of $27.72 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

GINA SMITH
731 ORANGE ST
CHIPLEY, FL 32428

SUNBELT CREDIT
4440 LAFAYETTE ST. STE A
MARIANNA, FL 32446

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

1/28/2011 11:40 am / CR_213

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

LEIGH D. HART
CHAPTER 13 STANDING TRUSTEE
NORTHERN DISTRICT OF FLORIDA
P.O. BOX 646
TALLAHASSEE, FL 32302 GINA SMITH

06-50230-PCY5

PROTECTED WITH ANTI-COPY TECHNOLOGY RUB OR BREATHE ON RED IMAGE DISAPPEARS WITH HEAT

64-79
611
0406882

SUNTRUST 406882

DATE: Jan 28, 2011

PAY Exactly Twenty Seven And 72 / 100 Dollars

$**********27.72

VOID AFTER 90 DAYS

TO THE ORDER OF
CLERK OF THE U.S. BANKRUPTCY COURT
FOR: DBA/SUNBELT CREDIT
110 E. PARK AVE. SUITE 100
TALLAHASSEE, FL 32301

NON-NEGOTIABLE

VOID AFTER 90 DAYS

CHAPTER 13 TRUSTEE

⑈406882⑈ ⑆061100790⑆0000005751169⑈

LEIGH D. HART
CHAPTER 13 STANDING TRUSTEE

Date: Jan 28, 2011
Check No.: 0406882
Name ID: 121993

406882

Payee: CLERK OF THE U.S. BANKRUPTCY COURT

| Case No. | Debtor Name(s) | Amount of Payment | Applied to Interest | Applied to Principal | Balance |
|---|---|---|---|---|---|
| 0650230 | GINA SMITH<br>ACCT: 1309-4535/'97 MITSUB | 27.72<br>CLAIM: 00002 | 0.00 | 27.72 | $0.00 |
| | TOTALS | 27.72 | 0.00 | 27.72 | $0.00 |